## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Stacey v. Medtronic, Inc.**<br>**09-cv-01152** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 5), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled Stacey v. Medtronic, Inc., Civil Action No. 09-cv-01152, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 20, 2011

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge